# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DERON TOBIAS,<br><br>    Plaintiff<br><br>v.<br><br>CASCADE APARTMENTS, et al.,<br><br>    Defendants | Case No.: 2:25-cv-00762-APG-BNW<br><br>**Order Denying Motion for Default Judgment**<br><br>[ECF No. 10] |

   Plaintiff DeRon Tobias moves for default judgment. ECF No. 10.  I deny the motion because there has been no entry of default under Federal Rule of Civil Procedure 55(a). Additionally, I note that Tobias's application to proceed in forma pauperis is still pending, no summons thus has issued, and consequently the defendants have not yet been properly served. *See* Fed. R. Civ. P. 4(c)(1) (stating that a "summons must be served with a copy of the complaint").  As a result, the defendants are not in default yet.

   I THEREFORE ORDER that the plaintiff's motion for default judgment **(ECF No. 10) is DENIED**.

   DATED this 3rd day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE