**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DERON TOBIAS,

    Plaintiff

v.

CASCADE APARTMENTS, et al.,

    Defendants

Case No.: 2:25-cv-00762-APG-BNW

**Order on Report and Recommendation**

[ECF No. 13]

On February 3, 2026, Magistrate Judge Weksler recommended that I dismiss plaintiff DeRon Tobias's claims under 18 U.S.C. §§ 1341 and 1343 with prejudice because those are criminal statutes that do not confer private rights of action. ECF No. 13 at 4-6. She also recommended that I dismiss Tobias's remaining claims with leave to amend. *Id.* at 3-6. Tobias did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 13) is accepted, and plaintiff DeRon Tobias's claims under 18 U.S.C. §§ 1341 and 1343 are dismissed with prejudice. Tobias's other claims are dismissed without prejudice and with leave to amend. Per Judge Weksler's report and recommendation, Tobias's amended complaint is due March 16, 2026. ECF No. 13 at 7.

DATED this 23rd day of February, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE