# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DERON TOBIAS,<br><br>    Plaintiff<br><br>v.<br><br>CASCADE APARTMENTS, et al.,<br><br>    Defendants | Case No.: 2:25-cv-00762-APG-BNW<br><br>**Order Dismissing Case** |

On February 23, 2026, I accepted Magistrate Judge Weksler's recommendation that I dismiss plaintiff DeRon Tobias's claims under 18 U.S.C. § § 1341 and 1343 with prejudice, and that I dismiss his remaining claims with leave to amend. ECF No. 16. I gave Tobias until March 16, 2026 to file an amended complaint. *Id.* Tobias did not do so. Consequently, I dismiss the remainder of his claims without prejudice and close the case.

I THEREFORE ORDER that plaintiff DeRon Tobias's claims under 18 U.S.C. § § 1341 and 1343 are dismissed with prejudice, and his remaining claims are dismissed without prejudice. The clerk of court is instructed to enter judgment accordingly and to close this case.

DATED this 23rd day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE